UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-CR-00063-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **_ORDER_** |
| | ) | |
| COLLIER DOUGLAS SESSOMS | ) | |

This matter is before the court on defendant's motion for leave to file his sentencing memorandum under seal. Because contains the memorandum contains information concerning defendant's mental health history, sensitive in nature, the motion is hereby ALLOWED.

This 3 January 2008.

W. Earl Britt
Senior U.S. District Judge