UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:06-CR-63-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| COLLIER DOUGLAS SESSOMS | |

This matter is before the court on defendant's motion for compassionate release. (DE # 139.) Since briefing concluded, defendant has been released from incarceration to the supervision of the Bureau of Prison's residential reentry management field office in Seattle, Washington. See Federal Bureau of Prisons Inmate Locator, https://www.bop.gov/inmateloc/ (search BOP Register Number 70170-056) (last visited Mar. 14, 2022). It is unclear whether defendant is on home confinement or residing in a residential reentry center, either of which may make defendant's motion moot. Accordingly, the parties are DIRECTED to file supplemental briefs, limited to 5 pages per party, addressing this issue within 10 days.

This 15 March 2022.

W. Earl Britt
Senior U.S. District Judge